■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUBERT SPARKMAN, Appellant. [718 NYS2d 908] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, County Court properly denied his suppression motion. The court properly determined that the undercover officer's viewing of defendant's photograph approximately 10

minutes after the drug transaction constituted a confirmatory identification (*see, People v Johnson,* 213 AD2d 1067, *lv denied* 85 NY2d 939; *see also, People v Wharton,* 74 NY2d 921, 922-923). The bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Wayne County Court, Parenti, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.